ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2008 MAY 13 A 10 29
CLERK

NOBLE BLACKERBY, )
)
    Plaintiff, )
)
v. ) CV 307-071
)
FNU MCNEIL, Deputy Warden, Dodge )
State Prison, and CANDICE FRATWELL, )
)
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's grievance and letter claim, failure to protect claim, and retaliation claim based on Plaintiff's August 2007 confinement in administrative isolation are **DISMISSED**, and Defendant Fratwell is **DISMISSED** from this case.

SO ORDERED this 13th day of May, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE