ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2008 SEP -2 P 2: 13

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| NOBLE BLACKERBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 307-071 |
| | ) |
| FNU MCNEIL, Deputy Warden, Dodge State Prison, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for injunctive relief is **DENIED**.

SO ORDERED this 2nd day of Sept, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE